AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANIKA EDREI, SHAY HORSE, JAMES CRAVEN, KEEGAN STEPHAN, MICHAEL NUSBAUM, and ALEXANDER APPEL <br> *Plaintiff* <br> v. <br> THE CITY OF NEW YORK, New York City Police Department ("NYPD") Commissioner WILLIAM BRATTON, LIEUTENANT JOHN MAGUIRE and OFFICER MIKE POLETTO, Shield No. 3762, in their individual and official capacities, <br> *Defendant* | Case No. 16-cv-01652 (RWS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANIKA EDREI, SHAY HORSE, JAMES CRAVEN, KEEGAN STEPHAN, MICHAEL NUSBAUM, and ALEXANDER APPEL.

Date: 12/05/2016

*Attorney's signature*

Michael Decker 4881082
*Printed name and bar number*

c/o Gideon Oliver
277 Broadway, Suite 1501
New York, New York 10007

*Address*

michaeldeckerlaw@gmail.com
*E-mail address*

(718) 207-9382
*Telephone number*

(646) 349-2914
*FAX number*