

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**PETER W. BROCKER**
*Assistant Corporation Counsel*
*Phone: (212) 356-2332*
*Fax: (212) 356-3509*
*pbrocker@law.nyc.gov*

May 22, 2019

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   <u>Anika Edrei, et al. v. City of New York, et al.</u>,
            16 Civ. 1652 (JMF) (BCM)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write on behalf of all parties, pursuant to the Court's Order dated April 16, 2019 (Dkt. No. 78), to apprise the Court of the status of this action and to respectfully request that the Court lift the stay presently in place.

    On May 20, 2019, the Supreme Court completed its review and denied defendants' petition for a writ of *certiorari*. As a result, defendants' appeal is exhausted and the parties seek to conduct discovery. Additionally, the parties also respectfully request the discovery status conference previously scheduled for May 14, 2019, which was cancelled, be rescheduled so that a discovery schedule may be set.

    Thank you for your consideration of this matter.

                                             Respectfully Submitted,

                                             /s//
                                          Peter W. Brocker, Esq.
                                          *Assistant Corporation Counsel*

cc:     All Counsel of Record (Via ECF)