COHEN&GREEN
ATTORNEYS AT LAW

1639 Centre Street, Ste 216
Ridgewood, New York 11385
Tel. (929) 888.9480
Fax. (929) 888.9457
www.femmelaw.com

September 24, 2019

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>*Anika Edrei, et al. v. City of New York, et al.*, 16-cv-01652 (JMF)</u>

Your Honor:

    I am co-counsel, along with Gideon Orion Oliver and Michael J. Decker, to the Plaintiffs in the above-captioned matter. I write jointly with Peter Brocker, attorney for Defendants.

    We write regarding the Stipulation and Order of Dismissal signed and entered onto the docket by the Court yesterday, September 23, 2019, Dkt. 89. The Stipulation and Order dismisses all claims brought by Plaintiff Keegan Stephan *only* against all Defendants. However, the text of the docket entry erroneously orders: "The Clerk of the Court is directed to close the case," pursuant to which the case was closed.

    Respectfully, the case should not have been closed. The claims brought by Plaintiffs Alexander Appel, James Craven, Anika Edrei, Shay Horse, and Michael Nusbaum remain.

    Therefore, the parties jointly request that the Court strike the direction that the Clerk of the Court close the case from Dkt. 89, and order the case re-opened.

    The parties thank the Court for the Court's attention to this matter.

                                  Respectfully submitted,

                                          /S/

                                    Elena L. Cohen

cc:    All counsel of record (by ECF)