COHEN&GREEN
ATTORNEYS AT LAW

C&G

1639 Centre Street, Ste 216
Ridgewood, New York 11385
Tel. (929) 888.9480
Fax. (929) 888.9457
www.femmelaw.com

October 10, 2019

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Anika Edrei, et al. v. City of New York, et al.*, 16-cv-01652 (JMF)

Your Honor:

The parties submit this joint letter consistent with this Court's June 11, 2019 Civil Case Management Plan and Scheduling Order (Dkt. 84), which requires the parties to file a joint letter by October 11, 2019 indicating whether we would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when we believe a settlement conference should be held.

At this time, the parties would not like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes.

Thank you for your attention to this matter.

                Respectfully submitted,

                Elena L. Cohen