UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIKA EDREI, et al.,

    Plaintiffs,

-against-

WILLIAM BRATTON, et al.,

    Defendants.



16-CV-1652 (JMF) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a telephonic counsel-only pre-settlement conference on **August 6, 2020, at 11:00 a.m.** Counsel are directed to call (888) 557-8511 and dial the access code 7746387. Counsel shall be prepared to discuss the progress of settlement negotiations to date as to both the monetary and equitable issues.

Dated: New York, New York
       July 15, 2020

SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge