```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIKA EDREI, et al.,

       Plaintiffs,

  -against-

WILLIAM BRATTON, et al.,

       Defendants.

16-CV-1652 (JMF) (BCM)

**ORDER CONTINUING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a continued settlement conference on **September 29, 2020, at 2:00 p.m.** No later than **September 24, 2020**, the parties shall submit a joint confidential settlement letter – no longer than five pages single-spaced – to Moses_NYSDChambers@nysd.uscourts.gov. The joint letter shall update the Court on settlement negotiations to date and summarize (succinctly) what the parties agree and disagree on. The parties also are directed to exchange and submit updated acknowledgment forms, listing the individuals who will be attending the conference.

The parties shall coordinate the videoconference technology to be used during the conference and send the link to Judge Moses's chambers upon submission of their joint letter.

Dated: New York, New York
       August 19, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**