

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/22/20____

September 21, 2020

**BY ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:     *Anika Edrei, et al. v. City of New York, et al.*, 16-cv-01652 (JMF)(BCM)

Your Honor:

I am co-counsel for Plaintiffs. I write jointly with counsel for Defendants to request that the Court adjourn the settlement conference before Your Honor currently scheduled for September 29, 2020 at 2 p.m. for approximately two weeks. The parties have not previously asked to change this deadline. If the Court grants this application, it will not impact any other deadlines in the case. Counsel for the parties are available for a settlement conference on October 14, 15, 16, 19 or 20, 2020.

Since the first settlement conference on August 18, 2020, the parties have met twice by video conference and conducted further settlement discussions, which have been productive. The proposed two-week adjournment would allow the parties to complete their exchange, review, and negotiations around training materials, reporting forms, and time sheets that will be necessary to any potential settlement of the equitable relief and attorneys' fees portions of the case.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

/S/

Elena L. Cohen

Application GRANTED. The settlement conference currently scheduled for September 29, 2020, at 2:00 p.m. is hereby ADJOURNED to **October 20, 2020, at 2:00 p.m.** The parties shall submit their joint confidential settlement letter, as directed in the Court's August 19 Order Continuing Settlement Conference (Dkt. No. 123), no later than October 13, 2020. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
September 22, 2020