UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIKA EDREI, et al.,

    Plaintiffs,

-against-

WILLIAM BRATTON, et al.,

    Defendants.

16-CV-1652 (JMF) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a continued settlement conference on **April 20, 2021, at 2:15 p.m.** No later than **April 13, 2021**, the parties shall submit a joint confidential settlement letter – no longer than three pages single-spaced – to Moses_NYSDChambers@nysd.uscourts.gov. The joint letter shall update the Court on the impasse currently preventing settlement. The parties also are directed to exchange and submit updated acknowledgment forms, listing the individuals who will be attending the conference.

    The parties shall coordinate the videoconference technology to be used during the conference and send the link to Judge Moses's chambers upon submission of their joint letter.

Dated: New York, New York
       March 15, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**