

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PETER W. BROCKER**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2332<br>Fax: (212) 356-3509<br>pbrocker@law.nyc.gov |

April 12, 2021

**VIA ECF**
Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re:  Anika Edrei, et al. v. City of New York, et al.,
     16 Civ. 1652 (JMF) (BCM)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter, and I write jointly with Plaintiffs' counsel to inform the Court that the parties were able to come to an agreement on the final outstanding settlement term. As a result, counsel are in the process of executing the settlement stipulation, which will be filed with the Court in the coming days, and now respectfully request that the Court cancel the settlement conference presently scheduled in this matter for April 20, 2021 at 2:15 p.m.

Thank you for your consideration of this matter.

Respectfully,

*Peter W. Brocker /s//*
Peter W. Brocker, Esq.
*Assistant Corporation Counsel*

cc:  All Counsel of Record (Via ECF)

---

Application GRANTED. The settlement conference currently scheduled for April 20, 2021 is hereby ADJOURNED *sine die*. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 14, 2021